*FILING FEE PAID*    Yes (circled) / No

MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: __Golik_____ JAD/TPA/CMB/**GLT**

Case Number: __19-24312__

Date of Meeting: __1/6/20__    Recording # __17__
Debtor(s) present __✓__ or Not Present ____ ( __✓__ No Payments Made or __✓__ partial payments)
Attorney for debtor(s) __Cotecchia Schmitt__ (Present __✓__ or Not Present ____)
Date of Plan at § 341: __12-2-19__    Applicable commitment period __✓__ 3 yrs ___ 5 yrs

Ebeck: Bank of America

tax returns not required

Cont. to pre-bar concil for payments

____✓__ Meeting HELD and CONCLUDED
_____ Meeting HELD but CONTINUED (not closed)
_____ Meeting NOT HELD            _____ Order to Show Cause Requested
                                    _____ To be rescheduled by Clerk

_____ Confirmation Order recommended _____ Final _____ Interim
_____ Amended Plan due:_____; Objections due:_____

_____ Trustee recommends dismissal of the case (Debtor consents)
_____ Trustee recommends dismissal of the case (Debtor does not consent)*
_____ Trustee recommends dismissal of the case (Debtor has no defense)
_____ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
___✓___ Continued to:
        _____ 341 Meeting    OR    __✓__ Conciliation Conf. OR ___ *Contested Hearing
        On __3-12-20__    at __2:00__    am/pm    Location _____

for payment.

__Kate DeSimone__
Chapter 13 Trustee/Attorney for Trustee