Case 19-24312-GLT    Doc 32    Filed 01/15/20    Entered 01/15/20 16:06:43    Desc Main
Document    Page 1 of 1

FILED
1/15/20 3:37 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 19-24312-GLT |
| | : | Chapter: | 13 |
| Karen Lee Golik | : | | |
| | : | | |
| | : | Date: | 1/15/2020 |
| Debtor(s). | : | Time: | 10:00 |

## PROCEEDING MEMO

**MATTER:**

#23 - Motion for Relief from the Automatic Stay by Reverse Mortgage Solutions, Inc. as Attorney in Fact for Bank of America, N.A.
#28 - Response by Debtor

**APPEARANCES:**
Debtor:     Justin Schantz
Trustee:    Kate DeSimone
BOA:        Keri Ebeck

**NOTES:** (10:18)

Ebeck: This concerns the 1325 Jeffrey Drive, North Huntingdon property. Both borrowers are deceased and the matter is in default. There haven't been any payments since November and the debtor doesn't have an interest in the property.

Schantz: The debtor does have an interest because she was the heir of the borrowers, debtor is seeking employment in order to address the payments. The reverse mortgage can be modified.

Court: She's looking to sell another property?

Schantz: Yes, but there's a mortgage on that property as well.

Court: How much equity is in that property?

Schantz: $5,000-10,000. We intend to file a motion to enter the loss mitigation program.

Court: She does not have employment?

Schantz: No, but she's looking and her son is hoping to get social security.

Ebeck: Any motion for loss mitigation will be strongly objected to. My client can only offer to buy the house outright.

Schantz: We provided in the plan a monthly payment of $500/month. She's been progressing in good faith.

Court: Even though it's early I'm concerned that she hasn't made any payments and that she's not employed.

Schantz: Perhaps the motion could be conditionally granted tied to whether the debtor makes adequate protection payments.

Ebeck: We would like to request a stipulation that debtor must make all plan payments going forward.

Court: Payments will go through the trustee and I'll authorize adequate protection disbursements to Reverse Mortgage Solutions.

**OUTCOME:**

1. Reverse Mortgage Solutions, Inc.'s *Motion for Relief from the Automatic Stay as Attorney in Fact for Bank of America, N.A.* [Dkt. No. 23] is CONDITIONALLY granted. [Chambers to Issue]

**DATED:** 1/15/2020