# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 19-24312-GLT |
| Karen Lee Golik, | : | |
| | : | Chapter 13 |
| | : | |
| Debtor(s), | : | |

## NOTICE OF
## CHANGE OF ADDRESS AND NAME

Undeliverable Address:

    Creditor Name:    Care Credit Credit Card
    Incorrect Address:    P.O. Box 9025
    Des Moines, IA 50368-0274

Corrected Address:

    Creditor Name:    Synchrony Bank/Care Credit
    Correct Address:    P.O. Box 965012
    Orlando, FL 32896-5012

Dated February 2, 2020

    /s/Justin P. Schantz, Esquire
    Law Care
    David A. Colecchia and Associates
    324 South Maple Ave.
    Greensburg, PA 15601
    724-837-2320
    PA Bar I.D. 210198
    jschantz@my-lawyers.us