# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

FILED
6/18/20 1:10 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## Conciliation Conference:

- **Debtor:** KAREN LEE GOLIK
- **Case Number:** 19-24312-GLT    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, JUNE 11, 2020 03:00 PM    3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

## Matter:

#16 - Final Confirmation of Plan Dated 12/2/2019 (N)
R / M #: 16 / 0

## Appearances:

- **Debtor:** Schantz
- **Trustee:** ~~Winnecour~~ / Pail / Katz / DeSimone
- **Creditor:** Ebeck - BoA; Warmbrodt - Wilmington Savings Fund

## Proceedings:

**Outcome:**

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____ effective _____.
7. ✓ Plan/Motion continued to 8-13-20 at 10:30 A.M.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

6/2/2020    12:47:37PM