UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

**IN RE:**                                                              **CASE NO.: 19-24312-GLT**
                                                                              **CHAPTER 13**

**Karen Lee Golik,**
   **Debtor.**

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID & CRANE LLC**
**10700 ABBOTT'S BRIDGE ROAD, SUITE 170,**
**DULUTH, GA 30097**

Robertson, Anschutz, Schneid & Crane LLC
Attorney for Secured Creditor
10700 Abbott's Bridge Road, Suite 170,
Duluth, GA 30097
Telephone: 470-321-7112

By: /s/Charles Wohlrab
    Charles Wohlrab
    Email: CWohlrab@rascrane.com

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on June 30, 2020, I caused to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

KAREN LEE GOLIK
1321 JEFFREY DRIVE
IRWIN, PA 15642

And via electronic mail to:

LAW CARE
324 SOUTH MAPLE AVENUE
GREENSBURG, PA 15601-3219

RONDA J. WINNECOUR
SUITE 3250, USX TOWER
PITTSBURGH, PA 15219

U.S. TRUSTEE
OFFICE OF THE UNITED STATES TRUSTEE
LIBERTY CENTER.
1001 LIBERTY AVENUE, SUITE 970
PITTSBURGH, PA 15222

Robertson, Anschutz, Schneid & Crane LLC
Attorney for Secured Creditor
10700 Abbott's Bridge Road, Suite 170,
Duluth, GA 30097
Telephone: 470-321-7112

By: /s/Charles Wohlrab
Charles Wohlrab
Email: CWohlrab@rascrane.com