**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

| | |
|---|---|
| In re:<br>**Karen Lee Golik,**<br>　　　Debtor.<br><br>**Bank of America, N.A.,**<br>　　　Movant.<br><br>v.<br><br>**Karen Lee Golik, and**<br><br>**Ronda J. Winnecour, Trustee**<br>　　　Respondents. | **Bankruptcy No. 19-24312-GLT**<br><br>**Chapter 13** |

## PRAECIPE TO WITHDRAW CREDITOR'S AFFIDAVIT OF DEFAULT

Kindly withdraw the Affidavit of Default that was filed on July 13, 2020 on behalf of Bank of America, N.A ("Creditor") at Docket number 48.

By: /s/ Charles G. Wohlrab
Robertson, Anschutz, Schneid & Crane, LLC
PA I.D 314532
10700 Abbott's Bridge Rd., Suite 170
Duluth, GA 30097
Telephone: 973-575-0707
Facsimile: 973-404-8886
Email: cwohlrab@rascrane.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on August 3 2020, I caused to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following parties:

David A. Colecchia
Law Care
324 South Maple Avenue
Greensburg, PA 15601-3219

Karen Lee Golik
1321 Jeffrey Drive
Irwin, PA 15642

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

By: /s/ Charles G. Wohlrab
Robertson, Anschutz, Schneid & Crane, LLC
PA I.D 314532
10700 Abbott's Bridge Rd., Suite 170
Duluth, GA 30097
Telephone: 973-575-0707
Facsimile: 973-404-8886
Email: cwohlrab@rascrane.com