# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

FILED
8/17/20 4:31 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## Conciliation Conference:

- **Debtor:** KAREN LEE GOLIK
- **Case Number:** 19-24312-GLT   **Chapter:** 13
- **Date / Time / Room:** THURSDAY, AUGUST 13, 2020  10:30 AM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

## Matter:

#16 - Continued Confirmation of Plan Dated 12/2/2019 (NFC)
R / M #: 16 / 0

## Appearances:

- **Debtor:** Shantz
- **Trustee:** Winnecour / Pail / ~~Katz~~ / DeSimone
- **Creditor:** Ebeck for Bank of America

## Proceedings:

**Outcome:**

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. ✓ Contested Hearing: 9/9/20 at 9:00 AM.
10. _____ Other:

Plan does not appear feasible based on income. Plan proposes to pay mortgages on two properties. One of the properties is subject to a total debt claim (BOA cl #4) due to death of co-signed obligor on reverse mortgage of approx 180K. Debtor lacks income to fund.

8/5/2020  1:05:15PM

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Karen Lee Golik  
    Debtor  

Case No. 19-24312-GLT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: jhel    Page 1 of 1    Date Rcvd: Aug 17, 2020  
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 19, 2020.  
db         +Karen Lee Golik,    1321 Jeffrey Drive,    Irwin, PA 15642-1417

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2020                                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 17, 2020 at the address(es) listed below:

        Charles Griffin Wohlrab    on behalf of Creditor    Wilmington Savings Fund Society cwohlrab@rascrane.com  
        Charles Griffin Wohlrab    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust cwohlrab@rascrane.com  
        Charles Griffin Wohlrab    on behalf of Creditor    Bank of America, N.A. cwohlrab@rascrane.com  
        David Neeren    on behalf of Creditor    Bank of America, N.A. dneeren@rasnj.com  
        David A. Colecchia    on behalf of Debtor Karen Lee Golik colecchia542@comcast.net, dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;rjuliano@my-lawyers.us;ekudlock@my-lawyers.us  
        James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkgroup@kmllawgroup.com  
        Justin P. Schantz    on behalf of Debtor Karen Lee Golik jschantz@my-lawyers.us, colecchia542@comcast.net;office@my-lawyers.us;sshipley@my-lawyers.us;jmonroe@my-lawyers.us;rjuliano@my-lawyers.us;ekudlock@my-lawyers.us  
        Kevin M Buttery    on behalf of Creditor    Bank of America, N.A. kbuttery@rascrane.com  
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
        Sindi  Mncina    on behalf of Creditor    Wilmington Savings Fund Society smncina@rascrane.com  
                                                                                                             TOTAL: 11