IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Karen Lee Golik,<br>            Debtor, | Bankruptcy No: 19-24312-GLT<br>Chapter 13 |
| Karen Lee Golik,<br>            Movant,<br><br>       vs.<br><br>Ronda J. Winnecour,<br>Chapter 13 Trustee,<br>            Respondents | Docket Document No. 61<br>Related to Document No. 60<br>Hearing Date: 9/30/20 at 9:00AM |

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I served a copy of this *Order*, the *Motion* upon all parties from whom relief is sought, their counsel, U.S. Trustee and this *Certificate of Service* on the parties at the addresses specified below

The type(s) of service made on the parties was:

**BY ELECTRONIC SERVICE THROUGH ECF:**

Kevin M Buttery on behalf of Creditor Bank of America, N.A.
kbuttery@rascrane.com

David A. Colecchia on behalf of Debtor Karen Lee Golik
colecchia542@comcast.net, dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;rjuliano@my-lawyers.us;ekudlock@my-lawyers.us

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Justin P. Schantz on behalf of Debtor Karen Lee Golik
jschantz@my-lawyers.us, colecchia542@comcast.net;office@my-lawyers.us;sshipley@my-lawyers.us;jmonroe@my-lawyers.us;rjuliano@my-lawyers.us;ekudlock@my-lawyers.us

James Warmbrodt on behalf of Creditor Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
bkgroup@kmllawgroup.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| Executed on: September 11, 2020 | /s/David A. Colecchia |
| | David A. Colecchia, Esq. |
| | David A. Colecchia and Associates |
| | Law Care |
| | 324 S. Maple Ave. |
| | Greensburg, PA 15601-3219 |
| | 724-837-2320 |
| | PA ID 71830 |
| | dcolecchia@my-lawyers.us |