IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Karen Lee Golik,<br>              Debtor, | Bankruptcy No: 19-24312-GLT<br>Chapter 13 |
| Karen Lee Golik,<br>              Movant,<br><br>       vs.<br><br> Ronda J. Winnecour,<br>Chapter 13 Trustee,<br>              Respondents | Docket Document No. 64<br>Related to Document No. 61,62, 63<br>Hearing Date: 9/30/20 at 9:00AM |

## AMENDED CERTIFICATE OF SERVICE

I certify under penalty of perjury that I served a copy of this *Order*, the *Motion* upon all parties from whom relief is sought, their counsel, U.S. Trustee and this *Amended Certificate of Service* on the parties at the addresses specified below.

**United States First Class Mail:**

Bank of America
c/o Reverse Mortgage Solutions
14405 Walters Road, Suite 200
Houston, TX 77014

Comcast
P.O. Box 1931
Burlingame, CA 94001-1931

Comenity Bank/Bon Ton
P.O. Box 182125
Columbus, OH 43218-2125

Discover Financial Services, LLC
P.O. Box 3025
New Albany, OH 43054-3025

First Commonwealth Bank
P.O. Box 400
Indiana, PA 15701-0400

Navient
Attn.: Bankruptcy
P.O. Box 9640
Wilkes-Barre, PA 18773-9640

David Neeren
RAS Citron, LLC
425 Commerce Drive, Suite 150
Fort Washington, PA 19034-2727

Sindi Mocina
Charles Griffin Wohlrab
Wilmington Savings Fund Society
RAS Crane, LLC
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097-8461

Pennsylvania Department of Revenue
Attn.: Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

Peoples Natural Gas
P.O. Box 644760
Pittsburgh, PA 15264-4670

Portfolio Recovery Associates, LLC
P.O. Box 41067
Norfolk, VA 23541-1067

Quantum Group LLC as agent for
Comenity Bank
Second Round Sub, LLC
P.O. Box 788
Kirkland WA 98083-0788

Rushmore Loan Management Services
Attn.: Bankruptcy
P.O. Box 55004
Irvine, CA 92619-5004

Shanny Meyers
133 Gaither Drive, Suite F
Mount Laurel, NJ 08054-1710

Shelly Buchanan-Krause, Tax Collector
11279 Center Highway
Irwin, PA 15642-5312

Southwest Credit Systems
4120 International Parkway, Suite 1100
Carrollton, TX 75007-1958

Synchrony Bank
c/o PRA Receivables Management, LLC
P.O. Box 41021
Norfolk, VA 23541-1021

Synchrony Bank/Care Credit Card
Synchrony Bank/JC Penny
P.O. Box 960090
Orlando, FL 32896-0090

Waste Management
3109 Ledger Road
Irwin, PA 15642-1148

West Penn Power
P.O. Box 3615
Akron, OH 44309-3615

Wilmington Savings Fund Society, FSB
Selene Finance, LP
9990 Richmond Avenue, Suite 400 South
Houston, TX 77042-4546

Xfinity/Comcast
P.O. Box 3001
Southeastern, PA 19398-3001

The type(s) of service made on the parties was:

**BY ELECTRONIC SERVICE THROUGH ECF:**

Kevin M Buttery on behalf of Creditor Bank of America, N.A.
kbuttery@rascrane.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

James Warmbrodt on behalf of Creditor Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
bkgroup@kmllawgroup.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| Executed on: September 14, 2020 | /s/David A. Colecchia
David A. Colecchia, Esq.
David A. Colecchia and Associates
Law Care
324 S. Maple Ave.
Greensburg, PA 15601-3219
724-837-2320
PA ID 71830
dcolecchia@my-lawyers.us |