FILED
10/1/20 6:59 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 19-24312-GLT |
| | : | Chapter 13 |
| **KAREN LEE GOLIK**, | : | Related to: Dkt. Nos. 56 and 59 |
| | : | |
| *Debtor.* | : | **Hearing: November 18, 2020 at 9 a.m.** |
| | : | **Response: November 4, 2020** |

### ORDER TO SHOW CAUSE WHY
### CASE SHOULD NOT BE DISMISSED

This matter came before the Court upon confirmation of the Debtor's *Chapter 13 Plan Dated 9/8/2020*.[1]  At a hearing held on September 30, 2020, the Debtor disclosed that she had yet to secure a tenant for her property to supplement her income.  Without additional income or a loan modification, the Court finds that the Debtor's chapter 13 plan is not feasible and cannot satisfy the requirements of 11 U.S.C. § 1325.  Given that there has been no perceptible advancement towards a confirmable plan, and Debtor has yet to initiate any loss mitigation efforts, it appears that the Debtor is unable to propose a confirmable plan within a reasonable time.

Based upon the foregoing and for the reasons stated on the record, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that:

1. A **video conference** hearing is set for **November 18, 2020** at **9 a.m.** at which Debtor shall show cause why the Court should not dismiss her chapter 13 case for failure to obtain final confirmation of a plan within a reasonable period of time.

2. On or before **November 4, 2020**, Debtor shall file any response.  If no timely response is received, the Court may dismiss the case without further notice or hearing.

Dated: October 1, 2020

GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY JUDGE

Case administrator to mail to:
Debtor

---

[1] Dkt. No. 59.

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-24312-GLT |
| Karen Lee Golik | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dkam | Page 1 of 2 |
| Date Rcvd: Oct 02, 2020 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2020:**

**Recip ID        Recipient Name and Address**
db            + Karen Lee Golik, 1321 Jeffrey Drive, Irwin, PA 15642-1417

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2020                   Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2020 at the address(es) listed below:

**Name**                    **Email Address**

Brian Nicholas
                on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bnicholas@kmllawgroup.com

Charles Griffin Wohlrab
                on behalf of Creditor Wilmington Savings Fund Society cwohlrab@rascrane.com

Charles Griffin Wohlrab
                on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust cwohlrab@rascrane.com

Charles Griffin Wohlrab
                on behalf of Creditor Bank of America  N.A. cwohlrab@rascrane.com

David Neeren
                on behalf of Creditor Bank of America  N.A. dneeren@rasnj.com

| | | |
|---|---|---|
| District/off: 0315-2 | User: dkam | Page 2 of 2 |
| Date Rcvd: Oct 02, 2020 | Form ID: pdf900 | Total Noticed: 1 |

David A. Colecchia
    on behalf of Debtor Karen Lee Golik colecchia542@comcast.net
    dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;rjuliano@my-lawyers.us;ekudlock@my-lawyers.us

Justin P. Schantz
    on behalf of Debtor Karen Lee Golik jschantz@my-lawyers.us
    colecchia542@comcast.net;office@my-lawyers.us;sshipley@my-lawyers.us;jmonroe@my-lawyers.us;rjuliano@my-lawyers.us;ekudlock@my-lawyers.us

Kevin M Buttery
    on behalf of Creditor Bank of America  N.A. kbuttery@rascrane.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Sindi Mncina
    on behalf of Creditor Wilmington Savings Fund Society smncina@rascrane.com

TOTAL: 11