IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Karen Lee Golik,<br>　　　　Debtor, | Bankruptcy No: 19-24312-GLT<br>Chapter 13 |
| Karen Lee Golik,<br>　　　Movant | |
| v. | Docket Document No. 75<br>Related to DD No. 73, 74 |
| No Respondents., | |

CERTIFICATE OF NO OBJECTION REGARDING MOTION OF DEBTOR
FOR ENTRY INTO THE LOSS MITIGATION PROGRAM *NUNC PRO TUNC*

The undersigned hereby certifies that, as of November 3, 2020, no answer, objection, or other responsive pleading to Debtor's Motion to Enter Loss Mitigation Program *nunc pro tunc* with Response Deadline filed and served on October 16, 2020 has been received.  The undersigned further certifies that the Court's Docket in this case was reviewed on November 3, 2020 at 10:40 AM and no answer, objection, or other responsive pleading to it appears thereon.  Pursuant to the Hearing Notice with Response Deadline filed at DD#74 responses to the motion were to be filed and served no later than November 2, 2020.  It is hereby respectfully requested that the Proposed Order of Court attached to the Motion filed at Docket Document No.3 is implemented

Dated: November 3, 2020　　　By:　　/s/ Justin P. Schantz
　　　　　　　　　　　　　　　　　　Justin P. Schantz, Esquire
　　　　　　　　　　　　　　　　　　Law Care
　　　　　　　　　　　　　　　　　　324 S. Maple Ave.
　　　　　　　　　　　　　　　　　　Greensburg, PA 15601-3219
　　　　　　　　　　　　　　　　　　(724) 837-2320
　　　　　　　　　　　　　　　　　　PA ID No. 210198
　　　　　　　　　　　　　　　　　　jschantz@my-lawyers.us