IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Karen Lee Golik,<br>　　　　Debtor, | Bankruptcy No: 19-24312-GLT<br>Chapter 13 |
| Karen Lee Golik,<br>　　Movant, | |
| v. | Docket Document No. 76<br>Related to DD Nos. 75<br>Hearing Date: 11/18/2020 9:00 AM<br>Response Date: 11/2/2020 |
| No Respondents,<br><br>　　　　Respondents, | |

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that on the 3rd day of November 2020. I served a copy of the Certificate of No Objection to the Motion for Entry into Loss Mitigation *nunc pro tunc*, and this Certificate of Service via the following methods to the following people:

**United States First Class Mail:**

Westmoreland County Tax Claim Bureau
2 North Main Street
Suite 406
Greensburg, Pa 15601

**Electronic service through ECF:**

Kevin M Buttery on behalf of Creditor Bank of America, N.A.
kbuttery@rascrane.com

Sindi Mncina on behalf of Creditor Wilmington Savings Fund Society
smncina@rascrane.com

David Neeren on behalf of Creditor Bank of America, N.A.
dneeren@rasnj.com

Brian Nicholas on behalf of Creditor Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
bnicholas@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Charles Griffin Wohlrab on behalf of Creditor Bank of America, N.A.
cwohlrab@rascrane.com

Charles Griffin Wohlrab on behalf of Creditor Wilmington Savings Fund Society
cwohlrab@rascrane.com

Charles Griffin Wohlrab on behalf of Creditor Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
cwohlrab@rascrane.com


Executed on November 3, 2020            /s/Justin P. Schantz
                                        Justin P. Schantz, Esq.
                                        David A. Colecchia and Associates
                                        324 S. Maple Ave.
                                        Greensburg, PA 15601-3219
                                        724-837-2320
                                        PA ID 210198
                                        jschantz@my-lawyers.us