# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA
### PITTSBURGH DIVISION

IN RE:    CHAPTER 13
CASE NO.: 19-24312-GLT

**Karen Lee Golik,**

    Debtor,

**Millard Evans Giles,**

    Co-Debtor,

_____/

**Selene as Attorney in fact for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust,**

    Secured Creditor,

v.

**Karen Lee Golik, Debtor**

**Millard Evans Giles, Co-Debtor**

**Ronda J. Winnecour,**

    Respondents.

_____/

## CERTIFICATE OF SERVICE

    I, ____Charles G. Wohlrab, Esq.____, certify under penalty of perjury that I am not less than eighteen (18) years of age; that I electronically filed with the Clerk of the Bankruptcy Court a Notice of Motion and Motion for Relief from Automatic Stay Pursuant to 11 U.S.C. §362 (d)(1) (with attached proposed Order) on November 11, 2020 and served same as indicated below.

**Mail Service:** Regular, first-class United States mail, postage full pre-paid, addressed to:

Karen Lee Golik
1321 Jeffrey Drive
Irwin, PA 15642
Millard Evans Giles
317 Patton Lane, Derry
Pennsylvania 15671

**E-Mail Service:** via CM/ECF e-mail notification to the following:

David A. Colecchia
Law Care
324 South Maple Avenue
Greensburg, PA 15601-3219

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Date: November 11, 2020

**Robertson, Anschutz, Schneid & Crane LLC**
Attorney for Secured Creditor
10700 Abbott's Bridge Rd., Suite 170
Duluth, GA  30097
Telephone: (470) 321-7112
By: /s/ Charles G. Wohlrab
Charles G. Wohlrab, Esquire
PA Bar Number  314532
Email: cwohlrab@rascrane.com