UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

IN RE:                                                              CHAPTER 13
**Karen Lee Golik,**                                      CASE NO.: 19-24312-GLT
    Debtor.
**Millard Evans Giles,**
     Co-Debtor.
_____/
**Selene as Attorney in fact for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust,**
    Secured Creditor.
v.
**Karen Lee Golik, Debtor.**
**Millard Evans Giles, Co-Debtor.**
**Ronda J. Winnecour, Trustee.**
    Respondents.
_____/

## CERTIFICATE OF NO OBJECTION REGARDING MOTION FOR RELIEF FROM STAY

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from Stay filed on November 11, 2020, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to Motion were to be filed and served no later than November 30, 2020. It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

By: /s/ Charles G. Wohlrab
Charles G. Wohlrab
Robertson, Anschutz, Schneid & Crane, LLC
PA I.D 314532
10700 Abbott's Bridge Rd., Suite 170
Duluth, GA 30097
Telephone: 973-575-0707
Facsimile: 973-404-8886
Email: cwohlrab@rascrane.com

**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION**

| | |
|---|---|
| **IN RE:** | **CHAPTER 13** |
| **Karen Lee Golik,** | **CASE NO.: 19-24312-GLT** |
|     **Debtor.** | |
| **Millard Evans Giles,** | |
|     **Co-Debtor.** | |

_____/

**Selene as Attorney in fact for Wilmington
Savings Fund Society, FSB, d/b/a Christiana
Trust, not individually but as trustee for
Pretium Mortgage Acquisition Trust,**
    **Secured Creditor.**
**v.**
**Karen Lee Golik, Debtor.**
**Millard Evans Giles, Co-Debtor.**
**Ronda J. Winnecour, Trustee.**
    **Respondents.**

_____/

## **CERTIFICATE OF SERVICE**

       I, <u>Charles Wohlrab,</u> certify under penalty of perjury that I am not less than eighteen (18) years of age; that I electronically filed with the Clerk of the Bankruptcy Court a Notice of Motion and Motion for Relief from Automatic Stay Pursuant to 11 U.S.C. §362 (d)(1) (with attached proposed Order) on December 15, 2020 and served same as indicated below.

Karen Lee Golik
1321 Jeffrey Drive
Irwin, PA 15642
Millard Evans Giles
317 Patton Lane, Derry
Pennsylvania 15671

David A. Colecchia
Law Care
324 South Maple Avenue
Greensburg, PA 15601-3219

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street

Pittsburgh, PA 15219

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

                                        By: /s/ Charles G. Wohlrab
                                        Charles G. Wohlrab, Esquire
                                        PA Bar Number  314532
                                        Email: cwohlrab@rascrane.com