FILED
12/16/20 3:26 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 19-24312-GLT |
| | : | Chapter: | 13 |
| Karen Lee Golik | : | | |
| | : | | |
| | : | Date: | 12/16/2020 |
| *Debtor(s).* | : | Time: | 09:00 |

## PROCEEDING MEMO

*MATTER:* #79 Motion for Relief from Automatic Stay by Selene as Attorney in fact for Wilmington Savings Fund Society, FSB d/b/a Christina Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust [Response due: 11/30/20]

*APPEARANCES*:

    Wilmington:   Keri Ebeck

*NOTES:* (9:33)

Ebeck: I have nothing further to add.

Court: As there is no objection I will grant the motion and enter the proposed order.

*OUTCOME:*

1. Selene as Attorney in fact for Wilmington Savings Fund Society, FSB d/b/a Christina Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust's *Motion for Relief from Automatic Stay* [Dkt. No. 79] is GRANTED [JH to Issue Proposed Order at Dkt. No. 79-4]

**DATED:** 12/16/2020