# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: Karen Golik | Bankruptcy No.19-24312 |
| Debtor | Chapter 13 |
| Movant | Related to Document No. 78 |
| v. | |
| Reverse Mortgage Solutions, Inc. | Hearing Date and Time: |
| Respondent | |

## LOSS MITIGATION STATUS REPORT

This **Loss Mitigation Status Report** and the attached printout of the *Account History Page* from the Portal are submitted pursuant to *W.PA.LBR 9020-4(e)*.

Part 1: Loss Mitigation Status

A. The Loss Mitigation process was commenced by a Loss Mitigation Order dated 11-04-2020 (the "LMO"), entered at document number 78, in the above-captioned case.
B. The Debtor **is not** current with all adequate protection payments pursuant to the LMO. The Debtor is direct pay, and has been affected by the coronavirus pandemic.
C. The Creditor **has** registered and posted its entire Core LMP Package on the Portal pursuant to the LMO.
D. The Debtor **has** uploaded a completed Core LMP Package through the Portal pursuant to the LMO.
E. The Creditor **has not** acknowledged receipt of the Debtor's submission of the completed Core LMP Package pursuant to the LMO. The prior account was submitted to the owner of the mortgage, not the servicer. It has recently been resubmitted to the proper servicer.
F. The Creditor **has** designated Bank of America, soon to be changed to Reverse Mortgage Solutions as the single point of contact pursuant to the LMO.

Part 2: Loss Mitigation Period

A. The Loss Mitigation Period is scheduled to terminate on 03-04-2021 pursuant to the LMO.

| | |
|---|---|
| 1/4/2021 | /s/ Justin P. Schantz |
| *Date* | *Signed* |
| | Karen Golik |
| | *On Behalf of (Name of Debtor)* |
| | Justin Schantz |
| | *Name of Filer* |
| | 324 South Maple Avenue Greensburg, PA 15601 |
| | *Address of Filer* |
| | jschantz@my-lawyers.us |
| | *Email Address of Filer* |

(724) 837-2320

*Phone Number of Filer*

PA I.D. 210198

*Bar I.D. and State of Admission*