IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Karen Lee Golik,<br>　　　　Debtor, | Bankruptcy No: 19-24312-GLT<br>Chapter 13 |
| Karen Lee Golik,<br>　　　　Movant,<br>　　vs.<br>Bank of America, Reverse Mortgage Solutions<br>　　　　Respondents | Docket Document No. 92<br><br>Related to Document No. 78, 91 |

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that on the 7th of January, 2021, I served a copy of the *Order Substituting LMP Servicer* and this *Certificate of Service* on the party at the email address specified below.

**BY EMAIL:** lmp@chapter13trusteewdpa.com

**BY ELECTRONIC SERVICE THROUGH ECF THIS COS ONLY:**

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Executed on: January 7, 2021　　　　　　/s/David A. Colecchia
　　　　　　　　　　　　　　　　　　　David A. Colecchia, Esq.
　　　　　　　　　　　　　　　　　　　David A. Colecchia and Associates
　　　　　　　　　　　　　　　　　　　Law Care
　　　　　　　　　　　　　　　　　　　324 S. Maple Ave.
　　　　　　　　　　　　　　　　　　　Greensburg, PA 15601-3219
　　　　　　　　　　　　　　　　　　　724-837-2320
　　　　　　　　　　　　　　　　　　　PA ID 71830
　　　　　　　　　　　　　　　　　　　dcolecchia@my-lawyers.us