IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Karen Lee Golik,<br>    Debtor, | Bankruptcy No: 19-24312-GLT<br>Chapter 13 |
| Karen Lee Golik,<br>    Movant,<br>vs.<br>Reverse Mortgage Solutions<br>    Respondents | Docket Document No.<br><br>Related to Document No. 101<br>Hearing date: 3/24/2021 9:00 AM<br>Response Date: 3/1/2021 |

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that on the 8th day of March 2021. I served a copy of the Modified Order of Court filed at Document No. 101 and this Certificate of Service via the following methods to the following people:

**United States First Class Mail:**

Reverse Mortgage Solutions
ATTN: Thomas F. Marano, CEO
14405 Walters Road, Suite 200
Houston, TX 77014

Westmoreland County Tax Claim Bureau
2 North Main Street, Suite 406
Greensburg, Pa 15601

**Electronic service through ECF:**

Kevin M Buttery on behalf of Creditor Bank of America, N.A.
kbuttery@rascrane.com

Sindi Mncina on behalf of Creditor Wilmington Savings Fund Society
smncina@rascrane.com

David Neeren on behalf of Creditor Bank of America, N.A.
dneeren@rasnj.com

Brian Nicholas on behalf of Creditor Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
bnicholas@kmllawgroup.com

Office of the United States Trustee, ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour, cmecf@chapter13trusteewdpa.com

Charles Griffin Wohlrab on behalf of Creditor Bank of America, N.A.
cwohlrab@rascrane.com

Charles Griffin Wohlrab on behalf of Creditor Wilmington Savings Fund Society
cwohlrab@rascrane.com

Charles Griffin Wohlrab on behalf of Creditor Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
cwohlrab@rascrane.com

Service through the DMM Portal:
Reverse Mortgage Solutions


Dated: March 8, 2021                               /s/David A. Colecchia
                                                   David A. Colecchia, Esq.
                                                   David A. Colecchia and Associates
                                                   Law Care
                                                   324 S. Maple Ave.
                                                   Greensburg, PA 15601-3219
                                                   724-837-2320
                                                   PA ID 71830
                                                   dcolecchia@my-lawyers.us