IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:  Karen Lee Golik,
                     Debtor,

Karen Lee Golik,
                     Movant,
        vs.

Reverse Mortgage Solutions
                     Respondents

Bankruptcy No: 19-24312-GLT
Chapter 13

Related to Dkt. No. 78, 100

FILED
3/12/21 10:03 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**ORDER**

A *Loss Mitigation Order* dated November 4, 2020 was entered in the above matter at Document No. 78.  On March 2, 2021, a **Motion to Extend the Loss Mitigation Period** was filed by Debtor Karen Lee Golik at Document No.100.

*AND NOW*, this            12th   day of     March 2021,                     it is hereby **ORDERED, ADJUDGED AND DECREED** that the loss mitigation period is *extended up to and including March 24, 2021.*

Gregory L. Taddonio                    **jah**
United States Bankruptcy Judge

Movant shall serve a copy of this Order on respondent(s), their counsel, the Trustee, and U.S. Trustee. Movant shall file a certificate of service within (3) days hereof.

**PAWB Local Form 43 (04/14)**                                    **Page 1 of 1**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-24312-GLT |
| Karen Lee Golik | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dkam | Page 1 of 2 |
| Date Rcvd: Mar 12, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Karen Lee Golik, 1321 Jeffrey Drive, Irwin, PA 15642-1417 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2021                     Signature:       /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor Wilmington Savings Fund Society cwohlrab@raslg.com |
| Charles Griffin Wohlrab | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust cwohlrab@raslg.com |
| Charles Griffin Wohlrab | on behalf of Creditor Bank of America  N.A. cwohlrab@raslg.com |
| David Neeren | on behalf of Creditor Bank of America  N.A. dneeren@rasnj.com |

District/off: 0315-2                          User: dkam                                   Page 2 of 2
Date Rcvd: Mar 12, 2021                       Form ID: pdf900                               Total Noticed: 1

David A. Colecchia
                       on behalf of Debtor Karen Lee Golik colecchia542@comcast.net
                       dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;rjuliano@my-lawyers.us;ekudlock@my-lawyers.u
                       s

Justin P. Schantz
                       on behalf of Debtor Karen Lee Golik jschantz@my-lawyers.us
                       colecchia542@comcast.net;office@my-lawyers.us;sshipley@my-lawyers.us;jmonroe@my-lawyers.us;rjuliano@my-lawyers.us;e
                       kudlock@my-lawyers.us

Kevin M Buttery
                       on behalf of Creditor Bank of America  N.A. kbuttery@rascrane.com

Office of the United States Trustee
                       ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                       cmecf@chapter13trusteewdpa.com

Sindi Mncina
                       on behalf of Creditor Wilmington Savings Fund Society smncina@rascrane.com


TOTAL: 11