IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Karen Lee Golik,<br>　　　　Debtor, | Bankruptcy No: 19-24312-GLT<br>Chapter 13 |
| Karen Lee Golik,<br>　　Movant<br><br>　　　　v.<br><br>Reverse Mortgage Solutions,<br><br>　　Respondents | Docket Document No. 108<br>Related to DD Nos. 101<br>Hearing Date: 3/24/2021 9:00 AM |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I certify under penalty of perjury that on the 16th day of March, 2021. I served a copy of the Order Setting Status Conference and this Supplemental Certificate of Service via the following methods to the following people:

**United States First Class Mail:**

Bank of America, N.A.
c/o Charles Griffin Wohlrab, Esq.
Robertson, Anschutz, Schneid & Crane LLC
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097

As Bank of America has entered an appearance through Counsel, the Debtor is mailing service to Counsel by first-class mail pursuant to F.R.Bankr.P. 7004(h)(1).

**Electronic service through ECF:**

Kevin M Buttery on behalf of Creditor Bank of America, N.A.
kbuttery@rascrane.com

Sindi Mncina on behalf of Creditor Wilmington Savings Fund Society
smncina@rascrane.com

David Neeren on behalf of Creditor Bank of America, N.A.
dneeren@rasnj.com

Brian Nicholas on behalf of Creditor Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
bnicholas@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Charles Griffin Wohlrab on behalf of Creditor Bank of America, N.A.
cwohlrab@rascrane.com

Charles Griffin Wohlrab on behalf of Creditor Wilmington Savings Fund Society
cwohlrab@rascrane.com

Charles Griffin Wohlrab on behalf of Creditor Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
cwohlrab@rascrane.com


Executed on: March 16, 2021                    /s/Justin P. Schantz
                                                Justin P. Schantz, Esq.
                                                David A. Colecchia and Associates
                                                324 S. Maple Ave.
                                                Greensburg, PA 15601-3219
                                                724-837-2320
                                                PA ID 210198
                                                jschantz@my-lawyers.us