IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Karen Lee Golik,<br>　　　　Debtor, | Bankruptcy No: 19-24312-GLT<br>Chapter 13 |
| Karen Lee Golik,<br>　　　Movant | |
| v. | Docket Document No. 114<br>Related to DD Nos. 112<br>Hearing Date: 5/5/2021 3:00 PM |
| Reverse Mortgage Solutions, | |
| 　　　Respondents | |

**CERTIFICATE OF SERVICE**

　　I certify under penalty of perjury that on the 29th day of March, 2021. I served a copy of the Order to Show Cause and this Certificate of Service via the following methods to the following people:

**United States First Class Mail:**

Bank of America, N.A.
c/o Charles Griffin Wohlrab, Esq.
Robertson, Anschutz, Schneid & Crane LLC
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097

Bank of America, N.A.
ATTN: David G. Leitch, Global General Counsel
Bank of America Corporate Center
100 N. Tryon St.
Charlotte, NC 28202

Reverse Mortgage Solutions
ATTN: Thomas F. Marano, CEO
14405 Walters Road, Suite 200
Houston, TX 77014

Reverse Mortgage Solutions
ATTN: Shanna Barlieb, Senior Counsel
14405 Walters Road, Suite 200
Houston, TX 77014

**Certified Mail:**

Bank of America, N.A.
ATTN: Bryan Moynihan, CEO
Bank of America Corporate Center
100 N. Tryon St.
Charlotte, NC 28202

**Electronic Mail outside of ECF System:**

Charles Wohlrab, cwohlrab@rascrane.com

Office of the Chapter 13 Trustee, via staff attorney Owen Katz,
okatz@chapter13trusteewdpa.com

**Through the LMP Portal**

Reverse Mortgage Solutions

**Electronic service through ECF:**

Kevin M Buttery on behalf of Creditor Bank of America, N.A.
kbuttery@rascrane.com

Sindi Mncina on behalf of Creditor Wilmington Savings Fund Society
smncina@rascrane.com

David Neeren on behalf of Creditor Bank of America, N.A.
dneeren@rasnj.com

Brian Nicholas on behalf of Creditor Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
bnicholas@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Charles Griffin Wohlrab on behalf of Creditor Bank of America, N.A.
cwohlrab@rascrane.com

Charles Griffin Wohlrab on behalf of Creditor Wilmington Savings Fund Society
cwohlrab@rascrane.com

Charles Griffin Wohlrab on behalf of Creditor Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
cwohlrab@rascrane.com

Executed on: March 29, 2021                    /s/Justin P. Schantz
                                               Justin P. Schantz, Esq.
                                               David A. Colecchia and Associates
                                               324 S. Maple Ave.
                                               Greensburg, PA 15601-3219
                                               724-837-2320
                                               PA ID 210198
                                               jschantz@my-lawyers.us