IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
10/21/21 12:32 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 19-24312-GLT |
| | : | Chapter: | 13 |
| Karen Lee Golik | : | | |
| | : | | |
| | : | Date: | 10/20/2021 |
| *Debtor(s).* | : | Time: | 09:00 |

## PROCEEDING MEMO

**MATTER:** #59 Continued Amended Chapter 13 Plan Dated September 8, 2020

#69 - Order to Show Cause Why Case Should Not Be Dismissed

***APPEARANCES*:**
 Debtor: Justin Schantz
 Trustee: Owen Katz

**NOTES:** [10:00am]

Court: At the last hearing in May, the debtor was presented with three options from a loss mitigation perspective: (a) short sale, (b) deed-in-lieu; or (c) participate in a 95% heir payoff. What has happened since?

Schantz: Unfortunately, there has not been any progress since the August status report. I do not have any good news to report.

Katz: I do question whether the Debtor made any effort to retain a broker.

Court: There is cause to grant dismissal pursuant to the OTSC. Plan payments are sporadic and the debtor is unable to present a feasible plan as there has been no progress on loss mitigation since August. The debtor has also vacillated between surrendering the Patton St. property and now selling it. Due to the lack of progress, I find it in the best interest of creditors to dismiss this case instead of conversion. We will include language addressing the continuing loss mitigation as well.

**OUTCOME:**

1. Confirmation of the *Continued Amended Chapter 13 Plan* [Dkt. No. 59] is DENIED. [Text Order to Issue]

2. The Debtor's Chapter 13 case is DISMISSED without prejudice pursuant to the Order to Show Cause. [JH to Issue]

3. The loss mitigation is hereby terminated. The Debtor shall file a final loss mitigation report within 14 days. [Text Order to Issue]

**DATED:** 10/20/2021