**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>KAREN LEE GOLIK<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:19-24312 GLT<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

  1. The case was filed on 11/03/2019 and confirmed on 03/16/2020 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

  2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 14,300.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 14,300.00 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 2,070.90 | |
|    Trustee Fee | 834.30 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 2,905.20 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   REVERSE MORTGAGE SOLUTIONS<br>    Acct: 0538 | 0.00 | 6,197.30 | 0.00 | 6,197.30 |
|   WILMINGTON SAVINGS FUND SOCIETY FS<br>    Acct: 8341 | 0.00 | 0.00 | 0.00 | 0.00 |
|   REVERSE MORTGAGE SOLUTIONS<br>    Acct: 0538 | 0.00 | 5,197.50 | 0.00 | 5,197.50 |
|   WILMINGTON SAVINGS FUND SOCIETY FS<br>    Acct: 8341 | 0.00 | 0.00 | 0.00 | 0.00 |
|   WESTMORELAND COUNTY TAX CLAIM BUI<br>    Acct: | 3,808.73 | 0.00 | 0.00 | 0.00 |
| | | | | 11,394.80 |
| **Priority** | | | | |
|   DAVID A COLECCHIA ESQ<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   KAREN LEE GOLIK<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   LAW CARE<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| JUSTIN P SCHANTZ ESQ | 4,000.00 | 2,070.90 | 0.00 | 0.00 |
| Acct: | | | | |
| JUSTIN P SCHANTZ ESQ | 1,000.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | * * * N O N E * * * | | | |
| **Unsecured** | | | | |
| DISCOVER BANK(*) | 5,439.65 | 0.00 | 0.00 | 0.00 |
| Acct: 6082 | | | | |
| CARE CREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CLIENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1098 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENITY | 1,988.72 | 0.00 | 0.00 | 0.00 |
| Acct: 8193 | | | | |
| DERRY TOWNSHIP MUNICIPAL AUTH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ENHANCED RECOVERY COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8997 | | | | |
| FIRST COMMONWEALTH BANK* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6826 | | | | |
| HIGHMARK/BLUE CROSS~SHIELD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1000 | | | | |
| DERRY TOWNSHIP MUNICIPAL AUTH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| NAVIENT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1006 | | | | |
| NAVIENT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1229 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6558 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | 1,408.98 | 0.00 | 0.00 | 0.00 |
| Acct: 1098 | | | | |
| QUANTUM3 GROUP LLC AGNT - SECOND R | 996.96 | 0.00 | 0.00 | 0.00 |
| Acct: 9202 | | | | |
| SOUTHWEST CREDIT SYSTEMS* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4807 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8431 | | | | |
| WASTE MANAGEMENT* (PMT) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2003 | | | | |
| WEST PENN POWER* | 385.12 | 0.00 | 0.00 | 0.00 |
| Acct: 1274 | | | | |
| WILLIAM SNYDER FUNERAL HOME | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| COMCAST | 172.35 | 0.00 | 0.00 | 0.00 |
| Acct: 3217 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9202 | | | | |
| ROBERTSON ANSCHUTZ & SCHNEID PL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KENT GOLIK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| EASTATE OF JEAN HOUSEKNECHT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ROBERTSON ANSCHUTZ & SCHNEID PL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PATENAUDE AND FELIX APC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

| 19-24312 GLT | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 3 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |

\* \* \* N O N E \* \* \*

| | | | | |
|---|---|---|---|---|
| TOTAL PAID TO CREDITORS | | | | 11,394.80 |
| TOTAL CLAIMED | | | | |
| PRIORITY | 0.00 | | | |
| SECURED | 3,808.73 | | | |
| UNSECURED | 10.391.78 | | | |

Date: 11/04/2021

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399  
CHAPTER 13 TRUSTEE WD PA  
600 GRANT STREET  
SUITE 3250 US STEEL TWR  
PITTSBURGH, PA  15219  
(412) 471-5566  
cmecf@chapter13trusteewdpa.com